# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 16, 2012

Lyle W. Cayce
Clerk

No. 10-50951
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JEWELL MILLER WARREN, also known as Pepper,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:04-CR-522-1

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Jewell Miller Warren in her appeal from the revocation of supervised release has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Warren has not filed a response.

During the pendency of this appeal, Warren completed her sentence of imprisonment, and she has no further term of imprisonment or supervised release to serve. The appeal is, therefore, moot. *See Spencer v. Kemna*, 523 U.S.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-50951

1, 7, 14 (1998); *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987). Accordingly, the appeal is dismissed, and counsel's motion to withdraw is denied as unnecessary.

APPEAL DISMISSED; MOTION DENIED.